AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>ANTHONY CARL EDWARDS MARTIN<br><br>*Defendant(s)* | Case No.<br>1:18-mj-172 |

**UNDER SEAL**

FILED  APR - 4 2018  CLERK, U.S. DISTRICT COURT  ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 1, 2017 to March 9, 2017  in the county of  Alexandria City  in the
Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Using any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Betty Sixsmith*
Complainant's signature

Betty Sixsmith, Detective/FBI Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/4/18

/s/ Michael S. Nachmanoff
United States Magistrate Judge
Judge's signature

City and state: Alexandria, Virginia

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
Printed name and title