JS 45 (01/2008)

**REDACTED**

## Criminal Case Cover Sheet U.S. District Court

**Place of offense:**           Under Seal: Yes __X__ No __           Judge Assigned: _____

City   **Alexandria**            Superseding Indictment _____    Criminal Number: **1:18mj 172**

County/Parish  **Alexandria City**   Same Defendant _____  New Defendant __X__

                                Magistrate Judge Case Number _____ Arraignment Date: _____

                                Search Warrant Case Number _____

                                R 20 / R 40 from District of _____

                                Related Case Name and No.: _____

**Defendant Information:**

Juvenile -- Yes _____ No __X__ FBI # _____

Defendant Name: **Anthony Carl Edwards Martin**    Alias Name(s) _____

Address: _____

Employment: _____

Birth Date **XX/XX/1990**  SS# **XXX-XX-XXXX**  Sex **M**  Def Race _____ Nationality _____

Place of Birth _____

Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____

Interpreter: _____ No _____ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest date: _____

Already in Federal Custody as of _____ in _____

_____ Already in State Custody     __X__ On Pretrial Release     _____ Not in Custody

__X__ Arrest Warrant Requested     _____ Fugitive              _____ Summons Requested

_____ Arrest Warrant Pending      _____ Detention Sought       _____ Bond

**Defense Counsel Information:**

Name: _____          _____ Court Appointed   Counsel conflicted out: _

Address: _____       _____ Retained

Telephone: _____     _____ Public Defender   Federal Public Defender's Office conflicted out: _____

**U.S. Attorney Information:**

AUSA **Alexander Blanchard**   Telephone No.: **(703) 299-3818**   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

**Detective/FBI Task Force Officer Betty Sixsmith, Alexandria Police Department**

**U.S.C. Citations:**

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|--------------|--------------------------------|----------|----------------------------|
| Set 1 | 18 U.S.C. § 2422(b) | Using any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in any sexual activity. | 1 | Felony |

Set 2

Date: **April 3, 2018**   Signature of AUSA: *Alex Blanchard*